## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANGELO HARMON, INDIVIDUALLY AND : No. 52 EM 2015
AS ADMINISTRATOR OF THE ESTATE :
OF JUANITA HARMON, MARGARITA :
AGOSTO, SHIRLEY AND STANLEY :
BALL, LINDA BELL, BETTY BROWN, :
BORBOR DAVIS, CHARLES DEITRICK, :
JOHN CRANFORD, ALISTAIR FRASER, :
THE NATIONAL HEADQUARTERS OF :
THE SALVATION ARMY, THE :
SALVATION ARMY EASTERN :
TERRITORY, TRUSTEES OF THE :
SALVATION ARMY IN PENNSYLVANIA :
AND THE SALVATION ARMY OF :
GREATER PHILADELPHIA, BERNARD :
DITOMO, ESTATE OF ANNE BRYAN, :
ESTATE OF JUANITA HARMON, :
BERNARD DITOMO, NADINE WHITE, :
JENNIFER REYNOLDS, FELICIA HILL, :
ROSEMARY KREUTZBERG, RODNEY :
GEDDIS AND ESTATE OF DANNY C. :
JOHNSON, ESTATE OF ROSELINE :
CONTEH AND ESTATE OF MARY :
SIMPSON, JONATHAN M. FINNEGAN, :
GRIFFIN CAMPBELL CONSTRUCTION, :
FELICIA HILL, JACK HIGGINS AND :
JACK F. HIGGINS ARCHITECT, INC., :
PLATO MARINAKOS, MARIYA PLEKAN :
AND SEAN BENSCHOP AND S & R :
CONTRACTING :
 :
 :
 :
 :
 v. :
 :
 :
 :
THE SALVATION ARMY AND STB :
INVESTMENTS CORP :
 :
 :
 :
PETITION OF:  STB INVESTMENTS :
CORPORATION; RICHARD BASCIANO, :
THOMAS SIMMONDS, FRANK CRESCI; :
LOIS BASCIANO; WOLFINGTON :

NETWORK, LLC; ALEX WOLFINGTON; :
THE SALVATION ARMY; CHARLES :
DIETRICK, JOHN CRANSFORD; :
ALISTAIR FRASER; PLATO :
MARINAKOS; PLATO A. MARINAKOS :
ARCHITECT, LLC; JACK HIGGINS AND :
JACK F. HIGGINS ARCHITECT, LLC :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2015, the Petition for Review is **DENIED**.